Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  Chad E Ferguson
       Melissa L Ferguson
            Debtor(s)

SSN/TAX ID:
    xxx−xx−9668
    xxx−xx−1804

Case No.: 2:09−bk−64026

Chapter: 13

Judge: John E. Hoffman Jr.

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One, N.A. Bass & Associates, P.C. for the transfer of a claim originally filed by HSBC Bank Nevada, N.A. Bass & Associates, P.C..

The transfer/assignment designates HSBC Bank Nevada, N.A. Bass & Associates, P.C. as the transferor and Capital One, N.A. Bass & Associates, P.C. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is January 9, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: December 19, 2012

                                    FOR THE COURT:
                                    Kenneth Jordan
                                    Clerk, U.S. Bankruptcy Court